IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MARTHA FLETCHER and ROOSEVELT FLETCHER, her husband,**

    **Plaintiffs,**

VERSUS

MICHAEL E. LOVETT,.and **PROGRESSTVI,, **CASUALTY INSURANCE COMPANY, an **Ohio** Corporation,

    **Defendants.**

CASE NO. **1-08-cv-0047**
DIVISION:
JURY DEMAND
JUDGE TRAUGER

## ORDER OF COMPROMISE AND SETTLEMENT

As witnessed by the signature of the undersigned counsel, the Court finds that the above entitled action has been compromised and settled and satisfied in full. It is, accordingly;

**ORDERED, ADJUDGED AND DECREED** that all claims and/or causes of action included in the Complaint filed in this cause are hereby dismissed with prejudice, as to the Defendant, MViichael E. Lovett, and his insurer, Tennessee Farmers Mutual Insurance Company, as well as their underinsured carrier, Artisan & Truckers Casualty Company named as Progressive Casualty Insurance Company).

It is further **ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall indemnify and hold the Defendant and Tennessee Farmers Mutual Insurance Company harmless relative to any and all subrogation interests for medical care and treatment or otherwise, which are related to the accident described in the Complaint. By signature to

1

this Order, counsel for the Plaintiffs state that they are not aware of any subrogation interests that have not been satisfied and sign accordingly.

The court costs of this cause are taxed to the Defendant, for which execution may issue if necessary. The parties hereto shall each pay their own discretionary costs, except that Tennessee Farmers Mutual Insurance Company will pay two thousand ($2,000.00) to the Plaintiffs for partial payment of discretionary costs incurred.

ENTER this the 10th day of April, 2009.

_____
JUDGE ALETA TRAUGER

APPROVED FOR ENTRY:

By: _____
Thomas F. Slater, Florida Bar No. 614116
Attorney Plaintiffs, Martha Fletcher and Roosevelt Fletcher, her husband
One Independent Drive, Suite 1900
Jacksonville, FL 32202
(904) 358-8881

By: _____  By Pat w/ Permission
C. David Briley BPR#018559
Attorney Plaintiffs, Martha Fletche and Roosevelt Fletcher, her husband
511 Union Street
Suite 1600
Nashville, TN 37219
(615) 238-6392

By: _____  By Pat w/ Permission
J. Thomas Feeney BPR 1148
Attorney for Progressive Insurance
401 Church Street
Suite 2800
Nashville, TN 37219
(615) 242-3700

2



3

FLEMING, FLYNN & MURPHY, P. C.



By:
 Patrick Flynn          #944
 Attar : for Def ndants P. O~:
 ox 90
 Co/ mbia, TN 38402-0090
 (931) 388-0832

4